# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2014

## NO. 03-12-00709-CV

**Kirk Brand Coburn, Appellant**

**v.**

**Janet Moreland, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED IN PART; VACATED AND DISMISSED IN PART --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the trial court judgment signed on October 17, 2012. Having reviewed the record and the parties' arguments, the Court holds that the part of the appeal challenging the trial court's modification of Coburn's possession and access to E.C. and P.C. is moot; therefore, that portion of the trial court's judgment is vacated and the appeal is dismissed as moot as to that issue. With regard to the remaining issues on appeal, the Court holds that there is no reversible error; accordingly, the Court affirms the trial court's judgment in all other respects. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.